IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.:  3:19-MJ-089-DCK |
| | ) | |
| v. | ) | **ORDER** |
| | ) | **TO DISMISS THE COMPLAINT** |
| [1] LAMARION DEMETRIUS ALSTON | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Dismiss The Complaint" (Document No. 3) filed July 8, 2019.   Having carefully considered the motion, the undersigned will <u>grant</u> the motion.

Leave of Court is hereby granted for the dismissal of the criminal complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, the U.S. Marshals Service, and the United States Attorney's Office.

Signed: July 8, 2019

_____
David C. Keesler
United States Magistrate Judge